# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3437

_____

LONNY BRISTOW,

Petitioner,

v.

CHRISTINA HERNANDEZ, Deputy Sheriff, LINDA NOBLES, Chief Judge, and WILLIAM "BILL" EDDINS, Escambia County State Attorney,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 12, 2018

PER CURIAM.

DENIED.

RAY, MAKAR, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lonny Bristow, pro se, Petitioner.

No appearance for Respondents.